Argued and submitted March 23, reversed May 2, 2001

In the Matter of the Compensation of
Andrea McHone, Claimant.

Andrea McHONE,
*Petitioner,*

*v.*

ROSEN BROWN DIRECT, INC.,
*Respondent.*

TP99007; A108719

23 P3d 385

Robert K. Udziela argued the cause and filed the brief for petitioner.

Ken Kleinsmith argued the cause for respondent. With him on the brief was Meyers, Radler, Bohy, Replogle & Miller.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Reversed. *Rash v. McKinstry,* 331 Or 665, 20 P3d 197 (2001).